| United States Bankruptcy Court<br>District of Arizona | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**RODRIGUEZ, CARLOS A.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**RODRIGUEZ, DENEE S.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2108** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9094** |
| Street Address of Debtor (No. and Street, City, and State):<br>**5254 W. SANNA STREET**<br>**GLENDALE, AZ**      ZIP Code **85302** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**5254 W. SANNA STREET**<br>**GLENDALE, AZ**      ZIP Code **85302** |
| County of Residence or of the Principal Place of Business:<br>**MARICOPA** | County of Residence or of the Principal Place of Business:<br>**MARICOPA** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9        of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition<br>■ Chapter 13      of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**    *** Charles M. Sabo 006200 ***      THIS SPACE IS FOR COURT USE ONLY

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **RODRIGUEZ, CARLOS A.**<br>**RODRIGUEZ, DENEE S.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td colspan="1"><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td colspan="1"><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br><b>X   /s/ Charles M. Sabo                                    May 11, 2010</b><br>Signature of Attorney for Debtor(s)                    (Date)<br><b>Charles M. Sabo 006200</b></td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br><br>_____<br>(Address of landlord) |
| ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**RODRIGUEZ, CARLOS A.**
**RODRIGUEZ, DENEE S.**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ CARLOS A. RODRIGUEZ**
Signature of Debtor  **CARLOS A. RODRIGUEZ**

X **/s/ DENEE S. RODRIGUEZ**
Signature of Joint Debtor **DENEE S. RODRIGUEZ**

Telephone Number (If not represented by attorney)

**May 11, 2010**
Date

### Signature of Attorney*

X **/s/ Charles M. Sabo**
Signature of Attorney for Debtor(s)

**Charles M. Sabo 006200**
Printed Name of Attorney for Debtor(s)

**Charles M. Sabo, P.C.**
Firm Name

**4700 S. Mill Avenue, Suite 7**
**Tempe, AZ 85282**

Address

**(480) 820-5931  Fax: (480) 820-8099**
Telephone Number

**May 11, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## District of Arizona

In re   **CARLOS A. RODRIGUEZ**
       **DENEE S. RODRIGUEZ**

                             Debtor(s)

Case No.
Chapter    **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

      ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ CARLOS A. RODRIGUEZ**

                        **CARLOS A. RODRIGUEZ**

Date: **May 11, 2010**

Certificate Number: 02910-AZ-CC-010831284

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 3, 2010 , at 4:05 o'clock PM EDT ,

Carlos Rodriguez received from

InCharge Education Foundation, Inc. ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

District of Arizona , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet .

Date: May 3, 2010                By      /s/Raymond Jenkins

                                 Name    Raymond Jenkins

                                 Title   Certified Bankruptcy Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

# United States Bankruptcy Court
## District of Arizona

In re    **CARLOS A. RODRIGUEZ**
       **DENEE S. RODRIGUEZ**

Case No. _____

Debtor(s)      Chapter    **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ DENEE S. RODRIGUEZ**

                           **DENEE S. RODRIGUEZ**

Date:    **May 11, 2010**

Certificate Number: 02910-AZ-CC-010862196

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 3, 2010_____, at 4:05_____ o'clock PM EDT_____,

Denee  Rodriguez_____ received from

InCharge Education Foundation, Inc._____,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

District of Arizona_____, an  individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared_____.  If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet_____.

Date: May 5, 2010_____          By      /s/Cindy Senquiz_____

                                  Name    Cindy Senquiz_____

                                  Title   Bankruptcy Counselor_____

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

# United States Bankruptcy Court
## District of Arizona

In re   **CARLOS A. RODRIGUEZ**
**DENEE S. RODRIGUEZ**        Case No. _____

                Debtor(s)      Chapter    **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 4,000.00 |
| Prior to the filing of this statement I have received | $ | 721.00 |
| Balance Due | $ | 3,279.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Necessary contact with secured creditors and bankrutpcy trustee throughout the case; preparation of stipulated order confirming in a Chapter 13 case, and prepration and filing of objections to proof of claims as needed.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **May 11, 2010**         **/s/ Charles M. Sabo**
                                              **Charles M. Sabo 006200**
                                              **Charles M. Sabo, P.C.**
                                              **4700 S. Mill Avenue, Suite 7**
                                              **Tempe, AZ 85282**
                                              **(480) 820-5931   Fax: (480) 820-8099**

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

# United States Bankruptcy Court
## District of Arizona

In re    **CARLOS A. RODRIGUEZ**
        **DENEE S. RODRIGUEZ**               Case No. _____

                              Debtor(s)         Chapter    **13**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**CARLOS A. RODRIGUEZ**
**DENEE S. RODRIGUEZ**                     X   **/s/ CARLOS A. RODRIGUEZ**       **May 11, 2010**

Printed Name(s) of Debtor(s)                  Signature of Debtor           Date

Case No. (if known)  _____      X   **/s/ DENEE S. RODRIGUEZ**        **May 11, 2010**

                                         Signature of Joint Debtor (if any)     Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## District of Arizona

In re    **CARLOS A. RODRIGUEZ**
     **DENEE S. RODRIGUEZ**

                                     Debtor(s)

Case No. _____

Chapter    **13**

# VERIFICATION OF CREDITOR MATRIX

Under penalty of perjury, I (we) do hereby verify that the attached list of names and addresses of creditors is true and correct to the best of my (our) knowledge and belief.

Date:   **May 11, 2010**

**/s/ CARLOS A. RODRIGUEZ**
**CARLOS A. RODRIGUEZ**
Signature of Debtor

Date:   **May 11, 2010**

**/s/ DENEE S. RODRIGUEZ**
**DENEE S. RODRIGUEZ**
Signature of Debtor

RODRIGUEZ, CARLOS and DENEE -

ARIZONA DEPT. OF REVENUE
BANKRUPTCY UNIT FIELD COLL
1600 W. MONROE, 7TH FLOOR
PHOENIX AZ 85007

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P.O. BOX 21126
PHILADELPHIA PA 19114-0326

AFFILIATED HOSPITALISTS, PLC
Acct No 15666
9225 N 3RD ST
SUITE 304
PHOENIX AZ 85020

AMERICAN GENERAL
Acct No 50503880
PO BOX 54290
LOS ANGELES CA 90054-0290

AMERICAN GENERAL
Acct No 8072446039610346
PO BOX 790370
SAINT LOUIS MO 63179-0370

AMERICAN GENERAL FINAN
Acct No 5091129050503880
7614 W INDIAN SCHOOL RD
PHOENIX AZ 85033

AMERICAN GENERAL FINANCE
Acct No 8072446039610346
PO BOX 3121
EVANSVILLE IN 47731

AMERICAN MEDICAL COLLECTION
Acct No 8N49018281
P.O. BOX 1235
ELMSFORD NY 10523-0935

AMERICAN MEDICAL COLLECTION
Acct No 8N46224391
P.O. BOX 1235
ELMSFORD NY 10523-0935

RODRIGUEZ, CARLOS and DENEE -


AMERICAN MEDICAL COLLECTION AGENCY
Acct No 8N49018281
PO BOX 1235
ELMSFORD NY 10523


APRIA HEALTHCARE
Acct No 0104BD0457
1328 S HIGHLAND AVE
JACKSON TN 38301


ARETE SLEEP LLC
Acct No 83219
PO BOX 840271
DALLAS TX 75284


ARIZONA UROLOGY SPECIALISTS
Acct No 312757
DEPT CODE 902
PO BOX 52004
PHOENIX AZ 85072


BANNER ESTRELLA MED CTR
Acct No 26070474
P.O. BOX 2978
PHOENIX AZ 85062-2978


BANNER ESTRELLA MED CTR
Acct No 25980269
P.O. BOX 2978
PHOENIX AZ 85062-2978


BANNER GOOD SAM
Acct No 36431328
P.O. BOX 2978
PHOENIX AZ 85062-2978


BANNER IMAGING ASSOCIATES
Acct No 0056000000093001
PO BOX 29642
PHOENIX AZ 85038


BANNER THUNDERBIRD MED CTR
Acct No 59070417
P.O. BOX 2978
PHOENIX AZ 85062-2978

RODRIGUEZ, CARLOS and DENEE -


BANNER THUNDERBIRD MED CTR
Acct No 59121285
P.O. BOX 2978
PHOENIX AZ 85062-2978


BANNER THUNDERBIRD MED CTR
Acct No 58455775
P.O. BOX 2978
PHOENIX AZ 85062-2978


BANNER THUNDERBIRD MED CTR
Acct No 58455775
P.O. BOX 2978
PHOENIX AZ 85062-2978


BCC
Acct No 236647
29 E MADISON STREET
SUITE 1650
CHICAGO IL 60602


BOND COLLECTION CO
Acct No 6850783
PO BOX 1022
DEREK NELSON
WIXOM MI 48393-1022


BUREAU OF MEDICAL ECONOMIC
Acct No 4848470
326 E. CORONADO ROAD
PHOENIX AZ 85004


CBCS
Acct No 220157932579
PO BOX 2589
COLUMBUS OH 43216


CHELA
Acct No 97129635781000420080404
ATTN: BANKRUPTCY
PO BOX 9500
WILKES-BARRE PA 18773

RODRIGUEZ, CARLOS and DENEE -


CHELA
Acct No 9812276347100022070807
ATTN: BANKRUPTCY
PO BOX 9500
WILKES-BARRE PA 18773


CHELA
Acct No 9812276347100012070220
ATTN: BANKRUPTCY
PO BOX 9500
WILKES-BARRE PA 18773


CITIBANK
Acct No 4128-0031-7949-7493
ATTENTION: CENTRALIZED BANKRUPTCY
PO BOX 20507
KANSAS CITY MO 64915


CITIBANK HOME EQUITY
Acct No 2712189287
PO BOX 790110
SAINT LOUIS MO 63179-0110


CMRE FINANCIAL SERVICES
Acct No 0013079307
3075 E. IMPERIAL HWY. #200
BREA CA 92821


COLLECTION SERVICE BUR
Acct No MAY0010051796
PO BOX 310
SCOTTSDALE AZ 85252


COLLECTION SERVICE BUR
Acct No MAY0010051800
PO BOX 310
SCOTTSDALE AZ 85252


COLLECTION SERVICE BUR
Acct No MAY0010051802
PO BOX 310
SCOTTSDALE AZ 85252


COLLECTION SERVICE BUR
Acct No MAY0010051798
PO BOX 310
SCOTTSDALE AZ 85252

RODRIGUEZ, CARLOS and DENEE -


COLLECTION SERVICE BUR
Acct No MAY0000051795
PO BOX 310
SCOTTSDALE AZ 85252


COLLECTION SERVICE BUR
Acct No MAY0010051788
PO BOX 310
SCOTTSDALE AZ 85252


COLLECTION SERVICE BUR
Acct No MAY0010051792
PO BOX 310
SCOTTSDALE AZ 85252


COLLECTION SERVICE BUR
Acct No MAY0010051799
PO BOX 310
SCOTTSDALE AZ 85252


COLLECTION SERVICE BUR
Acct No MAY0010051789
PO BOX 310
SCOTTSDALE AZ 85252


COLLECTION SERVICE BUR
Acct No MAY0010051793
PO BOX 310
SCOTTSDALE AZ 85252


COLLECTION SERVICE BUREAU
Acct No 351871-8
2901 N. 78TH STREET
SCOTTSDALE AZ 85251


COLLECTION SERVICE BUREAU
Acct No 0051790
P.O. BOX 310
SCOTTSDALE AZ 85252


COLLECTION SERVICE BUREAU
Acct No 0051797
P.O. BOX 310
SCOTTSDALE AZ 85252

RODRIGUEZ, CARLOS and DENEE -


COLLECTION SERVICE BUREAU
Acct No 0051791
P.O. BOX 310
SCOTTSDALE AZ 85252


CPSC
Acct No 1489
10460 N 92ND ST STE 300
SCOTTSDALE AZ 85258


CRME FINANCIAL SERVICES
Acct No 0013079307
3075 E IMPERIAL HWY #200
BREA CA 92821


DEER VALLEY CREDIT UNION
Acct No 994004400
15458 N 28TH AVE
PHOENIX AZ 85053


DESERT MOUNTAIN CONSULT
Acct No 60009
PO BOX 13385
SCOTTSDALE AZ 85267


DESERT SCHOOLS FCU
Acct No 2061733920
PO BOX 2945
PHOENIX AZ 85062


DVA 2000 PLLC
Acct No 320530
PO BOX 28211
PHOENIX AZ 85038


EMERGENCY PHYSICAINS PROFESSIONAL ASSC
Acct No 70153472793
PO BOX 40850
MESA AZ 85274


EMERGENCY PROFESSIONAL SERVICES PC
Acct No 80042692
PO BOX 15070
SCOTTSDALE AZ 85267

RODRIGUEZ, CARLOS and DENEE -


EQUIANT FIN SVCS INC.
4343 N. SCOTTSDALE RD.
STE. 270
SCOTTSDALE AZ 85251


FIRST SOURCE ADVANTAGE
Acct No 14754387
205 BRYANT WOODS SOUTH
AMHERST NY 14228


GEMB/CHEVRON
Acct No 7061591013652572
ATTENTION: BANKRUPTCY
PO BOX 103104
ROSWELL GA 30076


GLENDALE LIBRARY
Acct No 236647
5959 W BROWN
GLENDALE AZ 85302-1248


HEALTHCARE COLL INC
Acct No J12676
2432 W PEORIA AVE # 4-10
PHOENIX AZ 85029


HEALTHCARE COLL INC
Acct No I00169
2432 W PEORIA AVE # 4-10
PHOENIX AZ 85029


HEALTHCARE COLL INC
Acct No I60995
2432 W PEORIA AVE # 4-10
PHOENIX AZ 85029


HEALTHCARE COLL INC
Acct No J82244
2432 W PEORIA AVE # 4-10
PHOENIX AZ 85029


IMS SOUTHWEST VALLEY SURGEONS
Acct No 264738.9
PO BOX 9004
PHOENIX AZ 85068

RODRIGUEZ, CARLOS and DENEE -


INNOVATIVE DEBT RECOVERY INC
Acct No 146175
PO BOX 10675
PHOENIX AZ 85064


INTERNAL REVENUE SERVICE
Acct No 600102108
CENTRALIZED INSOLVENCY OPERATIONS
P.O. BOX 21126
PHILADELPHIA PA 19114-0326


JOHN C. LINCOLN HOSPITALS D.V.
Acct No F075744458
290 E. DUNLAP AVENUE
PHOENIX AZ 85020


KENNETH EISEN & ASSOC
Acct No D1085516N1
777 E MISSOURI AVE STE 1
PHOENIX AZ 85014


KENNETH EISEN & ASSOCIATES, LTD.
Acct No D1085516N1
P.O. BOX 7370
PHOENIX AZ 85011-7370


LABORATOY CORPORATION OF AMERICA HOLDING
Acct No 8947222
PO BOX 2240
BURLINGTON NC 27216


LCA COLLECTIONS
Acct No 42073897
P.O. BOX 2240
BURLINGTON NC 27216-2240


MAYO CLINIC
Acct No 0069221958292
13400 EAST SHEA BLVD
SCOTTSDALE AZ 85259


MAYO CLINIC
Acct No 0069221958366
13400 EAST SHEA BLVD
SCOTTSDALE AZ 85259

RODRIGUEZ, CARLOS and DENEE -


MAYO CLINIC
Acct No 0069221959037
13400 EAST SHEA BLVD
SCOTTSDALE AZ 85259


MAYO CLINIC
Acct No 0069221958299
13400 EAST SHEA BLVD
SCOTTSDALE AZ 85259


MAYO CLINIC
Acct No 0069221958287
13400 EAST SHEA BLVD
SCOTTSDALE AZ 85259


MAYO CLINIC
Acct No 0069221958198
13400 EAST SHEA BLVD
SCOTTSDALE AZ 85259


MAYO CLINIC
Acct No 0069221958284
13400 EAST SHEA BLVD
SCOTTSDALE AZ 85259


MAYO CLINIC
Acct No 0069221958325
13400 EAST SHEA BLVD
SCOTTSDALE AZ 85259


MAYO CLINIC
Acct No 0069221958204
13400 EAST SHEA BLVD
SCOTTSDALE AZ 85259


MAYO CLINIC
Acct No 0069221958286
13400 EAST SHEA BLVD
SCOTTSDALE AZ 85259


MAYO CLINIC
Acct No 0069221958239
13400 EAST SHEA BLVD
SCOTTSDALE AZ 85259

RODRIGUEZ, CARLOS and DENEE -


MAYO CLINIC
Acct No 0069221958297
13400 EAST SHEA BLVD
SCOTTSDALE AZ 85259


MAYO CLINIC
Acct No 0069221958249
13400 EAST SHEA BLVD
SCOTTSDALE AZ 85259


MEDICAL RECEIVABLES MANAGEMENT, LLC
Acct No 34345-1
PO BOX 7362
WOODLAND PARK CO 80863


METRO ORTHOPEDIC SURGEONS LTD
Acct No 115442
8618 N 35TH AVE, STE 2
PHOENIX AZ 85051


MONEY BANK COLLECTIONS
Acct No 7061591013652572
PO BOX 981430
EL PASO TX 79998


NORTH VALLEY EMERGENCY
Acct No 1640053158737
PO BOX 48305
JACKSONVILLE FL 32247


NORTH VALLEY EMERGENCY SPECIALISTS LLC
Acct No 08030052089421
PO BOX 53026
PHOENIX AZ 85072


NORTHLAND GROUP
Acct No F47024496
P.O. BOX 390905
MINNEAPOLIS MN 55439


ONCO DIAGNOSTIC LABORATORY
Acct No 09pc004377
PO BOX 72501
CLEVELAND OH 44192

RODRIGUEZ, CARLOS and DENEE -


PHYSICAL PHYSICAL THERAPY SERVICE
Acct No 20769-01
PO BOX 32490
PHOENIX AZ 85064


PORT HURON BEHAVIORAL SPECIALIST
Acct No 233RC
42928 VERSAILLES
CANTON MI 48187


QUEST SAVINGS AND INVESTMENT PLAN
STATE STREET RETIREMENT SERVICES
PO BOX 57160
JACKSONVILLE FL 32241


RADIATION ONCOLOGIES OF CENTRAL ARIZONA
Acct No RCA034007
PO BOX 52553
PHOENIX AZ 85072


ROBERT A BLOCK PHD
Acct No 46672200
5757 W THUNDERBIRD RD #W401
GLENDALE AZ 85306


SALLIE MAE
Acct No 9712963578100042008040404
P.O. BOX 9500
WILKES BARRE PA 18773-9500


SALLIE MAE
Acct No 98122763471000220070807
P.O. BOX 9500
WILKES BARRE PA 18773-9500


SALLIE MAE
Acct No 98122763471000120070220
P.O. BOX 9500
WILKES BARRE PA 18773-9500


SCOTTSDALE HEALTHCARE CORPORATION
Acct No 0001000000011447
PHYSICIAN BILLING SERVICES
PO BOX 60000 FILE 30971
SAN FRANCISCO CA 94160

RODRIGUEZ, CARLOS and DENEE -


SCOTTSDALE HEALTHCARE SHEA
Acct No B0916600235
PO BOX 29689
PHOENIX AZ 85038


SHELL VACATION CLUB
P.O. BOX 78843
PHOENIX AZ 85062-8843


SONORA QUEST LAB
Acct No 8N66273423
P.O. BOX 78162
PHOENIX AZ 85062


SONORA QUEST LAB
Acct No 8N49018281
P.O. BOX 78162
PHOENIX AZ 85062


SONORA QUEST LAB
Acct No 8N46224391
P.O. BOX 78162
PHOENIX AZ 85062


SONORA QUEST LABORATORIES
Acct No 0004219387
1255 W WASHINGTON ST
TEMPE AZ 85281


SOUTHWEST DIAGNOSTICS
Acct No 1460869
2323 W ROSE GARDEN LN
PHOENIX AZ 85027


SOUTHWEST DIAGNOSTICS
Acct No 459477
2323 W ROSE GARDEN LN
PHOENIX AZ 85027


SUNWEST FCU
Acct No 849804146
11839 N 28TH DR
PHOENIX AZ 85029

RODRIGUEZ, CARLOS and DENEE -


SUNWEST FCU
Acct No 849804150
11839 N 28TH DR
PHOENIX AZ 85029


THE ARIZONA REPUBLIC
Acct No 1431289
PO BOX 2700
PHOENIX AZ 85002-2700


THE CENTER FOR PAIL AND SUPPORTIVE CARE
Acct No 1489
10460 N 92ND ST #300
SCOTTSDALE AZ 85258


THE METRO SURGERY CENTER
Acct No 34345-1
3131 W PEORIA AVE
PHOENIX AZ 85029


THUNDERBIRD FOOTCARE
Acct No 14441-8
5605 E EUGIE AVE #102
GLENDALE AZ 85304


TNB-VISA
Acct No 4352-3750-5477-5210
PO BOX 560284
DALLAS TX 75356


UNIQUE NATIONAL COLLEC
Acct No 6481044
119 E MAPLE ST
JEFFERSONVILLE IN 47130


VALLEY ANESTHESIOLOGY CONSULT LTD
Acct No 26916
1850 NORTH CENTRAL AVE
STE 1600
PHOENIX AZ 85004


WELLS FARGO
Acct No 0149288508
FIRST AMERICAN TITLE CO
PO BOX 961253
FORT WORTH TX 76161-0253

RODRIGUEZ, CARLOS and DENEE -


WELLS FARGO HM MORTGAG
Acct No 7080149288508
8480 STAGECOACH CIR
FREDERICK MD 21701


WEST VALLEY HOSPITAL
Acct No 70153472793
PO BOX 975255
DALLAS TX 75397-0001